IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY J. BRODZKI,                  )
        Plaintiff,                   )
                                     )
        v.                           )  Civil Action No. 11-389
                                     )
STATE OF PENNSYLVANIA,               )
        Defendant.                   )

## ORDER

Plaintiff has filed a document, entitled "Objection" [document #4], which the Court will construe as a Motion for Reconsideration of this Court's order, dated March 31, 2011. Upon consideration of said motion, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge


Dated:  April 14, 2011


cc:     Anthony J. Brodzki
        6900 Herman Jared Drive
        North Richland Hills, TX  76182